UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself

and all others similarly situated,　　　　　　　　　　　　Case No.: 1:22-cv-5597


　　　　　　　　　　　　Plaintiff,

　　-against-

SERAFINA 38TH STREET, LLC

　　　　　　　　　　　　Defendants.
------------------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

　　Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.


Dated: March 21, 2023　　　　　　　　　　　　Dated: March 21, 2023


*s/Mark Rozenberg*　　　　　　　　　　　　*s/Sonali Setia*

Mark Rozenberg, Esq.　　　　　　　　　　　Sonali Setia
STEIN SAKS, PLLC　　　　　　　　　　　　Golenbock Eisman Assor Bell & Peskoe LLP
One University Plaza, Suite 620　　　　　　　711 Third Ave
Hackensack, NJ 07601　　　　　　　　　　　New York, NY 10017
201.282.6500　　　　　　　　　　　　　　　212-907-7300
mrozenberg@steinsakslegal.com　　　　　　　ssetia@golenbock.com
*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for Defendant*